JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT FUND,<br><br>Plaintiff,<br><br>vs.<br><br>JMS AIR CONDITIONING AND APPLIANCE SERVICE, INC., a California corporation doing business as "JMS A/C & Heating" and DOES 1 through 10,<br><br>Defendant. | Case No. 2:25-cv-05103-JFW-SSCx<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE, AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

Pursuant to the "Stipulation for Dismissal Without Prejudice, and Request that the Court Retain Jurisdiction of the Action to Enforce Settlement Agreement" between Plaintiff and Defendant, and good cause appearing therefore, it is hereby ordered that this action is dismissed without prejudice. The Court retains jurisdiction of the action and the parties to enforce the terms of their Settlement Agreement.

Dated: August 29, 2025

_____
Honorable John F. Walter
United States District Court Judge

Order